NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DEBRA BECWAR,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

———————————

2011-3123

———————————

Petition for review of the Merit Systems Protection Board in case no. CH4324080727-I-2.

———————————

**JUDGMENT**

———————————

MICHAEL W. JAHNKE, Loeb & Loeb LLP, of New York, New York, argued for petitioner.

JEFFREY A. REGNER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and HAROLD D. LESTER, JR., Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 10, 2012          /s/ Jan Horbaly
Date                     Jan Horbaly
                          Clerk